IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| MARIA SERRANO DE ESCOBAR and RAMON ESCOBAR, <br><br> Plaintiffs, <br><br> v. <br><br> HOMER LEE GEARY, JR., TIME DEDICATED CARRIERS, INC., and HDI GLOBAL INSURANCE COMPANY, <br><br> Defendants. | CASE NO. CV418-262 |

## O R D E R

On November 12, 2019, Defendant Homer Lee Geary, Jr. filed his Suggestion of Bankruptcy and Notice of Stay and Permanent Injunction. (Doc. 27.) In his notice, Defendant Geary stated that "[a]ny pending or active pursuit of claims as against [] Defendant Geary must [] immediately cease and be released by the Plaintiff[s]." (Id. at 3.) Since the filing of Defendant Geary's notice, there has been no activity in this case. Local Rule 41 states that upon "[any] . . . failure to prosecute a civil action with reasonable promptness" "the assigned Judge may, after notice to counsel of record, sua sponte, or on motion of any party, dismiss any action for want of prosecution, with or without prejudice." S.D. Ga. L. R. 41. Because this case has remained idle for nearly a year, Plaintiffs are **DIRECTED** to demonstrate within **ten days** from the date of this order why no further action has

been taken in this case. Failure to do so will result in dismissal without prejudice of this case.

SO ORDERED this 29th day of October 2020.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA