# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| MARIA SERRANO DE ESCOBAR and RAMON ESCOBAR, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CV418-262 |
| HOMER LEE GEARY, JR., *et al.*, | ) ) ) | |
| Defendants. | ) | |

## ORDER

On November 6, 2020, plaintiff filed a response to the Court's order of October 29, 2020, in which the parties advised that they were advancing discovery and anticipated being prepared for mediation in early 2021. *See* doc. 29. No subsequent update has been provided. The parties are **DIRECTED** to notify the Court within seven days of this Order if they are prepared to move forward with mediation. If they wish the mediation to be conducted by the Court, the parties should provide several dates on which all parties and their representatives are mutually available. If the parties wish to use a private mediator, they should advise the Court of the anticipated date of their mediation. Alternatively, if the parties no longer with to mediate this matter, they are **DIRECTED** to confer and file an

amended Rule 26(f) Report within seven days of this Order, providing a proposed schedule for all remaining discovery.

**SO ORDERED**, this 11th day of January, 2021.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA