**IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

MARIA SERRANO DE ESCOBAR and )
RAMON ESCOBAR,                )
                             )
    Plaintiffs,           )
                             )
v.                           )    CASE NO. CV418-262
                             )
HOMER LEE GEARY, JR., TIME    )
DEDICATED CARRIERS, INC., and )
HDI GLOBAL INSURANCE COMPANY, )
                             )
    Defendants.           )
_____ )

**O R D E R**

Before the Court is the parties' Stipulation of Dismissal. (Doc. 32.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." Accordingly, the parties' request (Doc. 32) is **GRANTED** and this action is **DISMISSED WITH PREJUDICE**. Each party shall bear its own attorneys' fees and costs. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this *30th* day of March 2021.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA